# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D N.Y

★ FEB 03 2011 ★

USAO # 2010R01603

LONG ISLAND OFFICE

1. Title of Case:  United States v. Dominic Curatola, et al.

2. Related Magistrate Docket Number(s) M 10-1340, 10-1367, 10-1378

   None ( )

3. Arrest Date:  November 16, 2010

4. Nature of offense(s):  X   Felony
                          ☐   Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                More than 6 weeks   ( )

7. County in which crime was allegedly committed:  Nassau/Suffolk
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?           (X) Yes  ( ) No

9. Have arrest warrants been ordered?                 (X) Yes  ( ) No

10. Is a capital count included in the indictment?    ( ) Yes  (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By:  *signature*
     Joseph Dompkowski
     Special Assistant U.S. Attorney
     (631) 715-7900

Rev. 10/01/03