AO 442 (Rev. 01/09) Arrest Warrant

F.#2010R01603

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br><br>BRIAN SULLIVAN,<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>) | Case No. 10-CR-991 (S-1) (JS) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ BRIAN SULLIVAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

KNOWINGLY AND INTENTIONALLY CONSPIRING TO DISTRIBUTE AND POSSESS, WITH INTENT TO DISTRIBUTE, MARIJUANA, IN VIOLATION OF 21 U.S.C. SECTION 846.

Date: 02/03/2011

_Issuing officer's signature_

City and state: Central Islip, New York

E. Thomas Boyle, United States Magistrate Judge
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 2/3/11, and the person was arrested on _(date)_ 2/10/11
at _(city and state)_ Central Islip, NY.

Date: 2/11/11

_Arresting officer's signature_

Angelo LaMonte, Detective
_Printed name and title_