LAW OFFICE OF
# JOHN F. CARMAN
666 OLD COUNTRY ROAD
SUITE 501
GARDEN CITY, NEW YORK 11530-2004

JAMES E. NEUMAN
KAREN KERR
*Of Counsel*

(516) 683-3600
TELECOPIER
(516) 683-8410

February 26, 2011

**VIA ECF**
Honorable Joanna Seybert
United States District Judge
Eastern District of New York
1034 Federal Plaza
Central Islip, NY 11722

>  Re:   **United States v. Dominick Curatola, et al.**
>        **Criminal Docket No. 10-991-(S-1) (JS)**

Dear Judge Seybert:

      I represent Brian Sullivan in connection with the above-referenced indictment which is pending before Your Honor. This letter is submitted in opposition to the government's February 21, 2011 application requesting, among other things, that the Court designate this case "complex" for purposes of the Speedy Trial Act.

      I am scheduled to appear with another client for sentencing before the Honorable I. Leo Glasser March 4, 2011, the date of the next conference. While I will request that one of colleagues to stand in for me, I would ask that the Court accept this letter as an expression of Mr. Sullivan's objection to the government's application and an assertion of his desire for a speedy trial pursuant to *Barker v. Wingo,* 407 U.S. 514, 530 (1972).

      Mr. Sullivan has been advised of his right to pre-trial discovery, as well as, his right to file any appropriate motions. Although I have only known him for a brief period, he seems intelligent and conversant with the issues that relate to his case. In order to accommodate Mr. Sullivan's desire to reach an expeditious resolution, I respectfully request that the Court sever Mr. Sullivan *sua sponte* and

set the matter down for trial. In the alternative, if my client so directs, I will file an motion to sever on his behalf.

       Thank you for your consideration.

Very truly yours,

JOHN F. CARMAN
(JC 7149)

cc:    AUSA Carrie Capwell
         Brian Sullivan


JFC/nfs