

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CNC
F.#2010R01603

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

May 11, 2011

<u>By Federal Express</u>

Warden William Zerillo
Queens Private Correctional Facility
182-22 150th Avenue
Jamaica, New York 11413-4009

   Re: United States v. Dominick Curatola, et al.
     <u>Criminal Docket No. 10-991 (S-1)(JS) </u>

Dear Warden Zerillo:

   United States District Judge Joanna Seybert has directed the government to provide copies of all the wiretap intercepts in connection with this case to the Queens Private Correctional Facility ("QPCF") and to ensure that they are made available to the defendants listed on Exhibit 1, who are housed at the QPCF.  The government therefore encloses twenty (20) compact disks, labeled Disks #4 through #23, which contain recorded telephone calls, text messages and linesheets.  I also enclose the Rule 16 discovery letter, dated March 3, 2011, in connection with the above-referenced matter.

   Thank you for your attention to this matter.  If you have any questions, please do not hesitate to contact me at the number below.

            Very truly yours,

            LORETTA E. LYNCH
            United States Attorney

           By: <u>/s/Carrie N. Capwell </u>
             Carrie N. Capwell
             Assistant U.S. Attorney
             (631) 715-7836

Enclosures as

cc:   Clerk of the Court (JS)(By ECF w/o enclosures)
      All Counsel of Record (By ECF w/o enclosures)

<u>EXHIBIT 1</u>

```
Dominick Curatola
German Chajchic
Michael Decresenzo
Jose Alejandro Castillo-Medina
```