

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

F.#2010R01603

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

June 1, 2011

**BY U.S. MAIL & ECF**

John Carman, Esq.
666 Old Country Road
Garden City, NY 11530

       Re:   United States v. Brian Sullivan
              Criminal Docket No. 10-991 (S-1)(JS)

Dear Mr. Carman:

      Pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure, the government hereby furnishes the following discovery with respect to the above-captioned case. This discovery supplements the discovery that was previously provided by the government. The government requests reciprocal discovery.

      Enclosed please find the following: (1) a redacted copy of a Drug Enforcement Administration ("DEA") report containing a summary of statements made by your client after his arrest on February 10, 2011; and (2) an Advice of Rights form, signed by your client on February 10, 2011. On May 17, 2011, the government provided you with a copy of the defendant's criminal history report via electronic mail.

      You may call me to arrange a mutually convenient time to inspect, copy, and/or photograph the original documents or objects described in this letter or the earlier discovery letters. If you have any questions, please do not hesitate to contact me.

                                Very truly yours,

                                LORETTA E. LYNCH
                                United States Attorney

                    By:   /s/Carrie N. Capwell
                              Carrie N. Capwell
                              Assistant U.S. Attorney
                              (631) 715-7836

Enclosures as

cc:  Clerk of the Court (JS) (by ECF; without enclosures)