**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★  JUL 07 2011  ★

**LONG ISLAND OFFICE**

**BEFORE:** U.S. MAGISTRATE JUDGE A. KATHLEEN TOMLINSON
**DATE:** 7/7/11
**TIME:** 2:30 PM
**DOCKET #:** CR-10-991 (JS)
**CAPTION:** USA -v- SULLIVAN

## CRIMINAL CAUSE FOR GUILTY PLEA

### APPEARANCES:

**Defense Counsel** John F. Carman
☒ CJA  ☐ Retained  ☐ Federal Defenders

**Defendant:** Brian Sullivan
☒ Present  ☐ Not Present  ☐ On Bail  ☒ In Custody

**Government:** AUSA CARRIE CAPWELL

**Court Reporter/CD:** 2:46-3:06

**Interpreter:** N/A

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☒ Defendant is informed of his rights.
- ☒ Defendant is questioned as to whether he has read and understands the charging instrument. Defendant has.
- ☒ Defendant is sworn.
- ☐ Defendant waives indictment, a waiver is executed.
- ☒ Defendant enters a plea of GUILTY to Count _____ of the Superseding Indictment.
- ☒ The defendant explains the offense committed, the Government offers the proof they would present to the Court during trial.
- ☒ The Court finds a factual basis for the plea and accepts it.
- ☒ Probation notified.
- ☒ Defendant remains in custody.
  The Government  ☐ Objects  ☐ Has no objections to package.

Deft states true name to be: Brian Sullivan (38). Plea Agreement marked as Court Exhibit #1. Sentencing date set for October 7, 2011 at 10:30 AM before Judge SEYBERT. Magistrate Judge Tomlinson recommends the District Court accept the guilty plea.

CRIM-CAL-PLEA-Sullivan.wpd           *(Duration: 20 min  )*

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA        :
                                :
     -against-                  :
                                :     ORDER OF REFERRAL
                                :     CR 10-991 (JS)(AKT)
DOMINICK CURATOLA, ET AL.       :
                                :
-------------------------------X
```

SEYBERT, District Judge:

The above-referenced criminal case is hereby referred to Magistrate Judge A. Kathleen Tomlinson for the following purpose(s):

___ **To conduct arraignments on the Indictment, rule on any bail applications, and appoint counsel as necessary.**

_X_ **Upon application by any defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11, FRCrP, and to (a) determine whether the plea is knowingly and voluntarily made and not coerced, and (b) recommend whether the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable.**

___ **With consent of the parties as indicated below, to select a jury of twelve with two alternates.**

SO ORDERED.

_____
JOANNA SEYBERT
United States District Judge

Dated: CENTRAL ISLIP, NEW YORK
       JUN. 27, 2011

Voluntarily consented to after full consultation by defendant with counsel. Defendant will suffer no prejudice by not consenting. If there is no consent, the district court judge assigned rather than the magistrate judge will act.

Defendant: _[signature]_

Attorney for defendant: _[signature]_

Assistant U.S. Attorney: _[signature] Carrie Capwell_

Magistrate Judge: _____