<u>CRIMINAL CAUSE FOR SENTENCING</u>         (Time on bench 45)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  MAY 11 2012  ★
LONG ISLAND OFFICE

Before: Seybert, J.              Date: 5/11/2012  Time: 11:00

<u>DOCKET NUMBER: CR 10-991</u>     <u>TITLE: USA-V- Curatola</u>

<u>DEFT NAME: Brian Sullivan</u>                    DEFT: #___

  **X** PRESENT  ___NOT PRESENT  **X** IN CUSTODY  ___ ON S.R.

  <u>ATTY. FOR DEFT.: John Carman</u>            **X** C.J.A.
              **X** PRESENT      ___ NOT PRESENT  ___ RET

<u>A.U.S.A. Michael Canty</u>         DEPUTY CLERK: CHARLES BARAN

U.S.P.O.: H. Kaplan, V. Danielo

Court Reporter: O. Wicker

**X**  Case called for sentence. Counsel for all sides present.

**X**  Statements of defendant and counsel heard.

___  Defendant objections to the PSR are noted.

___  Rulings re: Guidelines are entered on the record.

___  PSR adopted.

**X**  PSR adopted, as amended.

___  Guidelines are adopted.

**X**  Guidelines adopted, as amended.

**X**  The defendant is sentenced as follows:

**X**  The defendant is sentenced to a period of imprisonment of 27 months on Count 1 (lesser included offense), to be followed by a period of supervised release of 4 years.

**X**  Special conditions of supervised release:

**X**  The defendant shall not possess a firearm, ammunition, or destructive device.

_X_  Other, as more fully set forth in judgment:
    As determined by the Probation Dept., the defendant shall participate in substance abuse treatment and contribute to the cost (according to ability to pay).
    The defendant shall participate in mental health treatment and contribute to the cost (according to ability to pay).
    The defendant shall participate in an education or vocational training program.
    The defendant shall seek and/or maintain employment.
    The defendant is subject to search of his person and property.

___  The defendant shall be fined the sum of $            .

_X_  The fine shall be waived due to the defendant's inability to pay such a fine.

_X_  Special assessment of $100 is imposed on each count for a total assessment of   100.00  .

___  The defendant's motion for a downward departure of the Guidelines is hereby:

___  Decision entered on the record.

_X_  On motion of the AUSA the remaining count of the indictment is hereby dismissed.

_X_  The defendant is advised of his right to appeal or the lack thereof.

The defendant _X_ remains in custody.   ___ remains on bail.
    ___ is remanded.   ___ shall surrender on __/__/2012.