Brian Sullivan 60195-053
Q.P.D.F.
182-22 150th Ave.
Jamaica, N.Y. 11413

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 23 2012 ★

LONG ISLAND OFFICE

May 21, 2012

RE: United States v. Brian Sullivan
Cr. No. 10-CR-991 (S-1) (JS)

Subject: Notice of Appeal

I was sentenced on May 11, 2012 by Judge Seybert by way of guilty plea to a term of 27 month's, 4 year's Supervised Release.

This shall serve as my timely Notice of Appeal.

Respectfully Submitted;
Brian Sull-